UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-151 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Paul Antonio Early, | |
| Defendant. | |

This matter comes before the Court on Defendant Paul Antonio Early's Second Motion to Extend Deadline for Filing Motions. ECF No. 22. Defendant also filed a Statement of Facts in Support of Second Motion to Extend Deadline to File Motions. ECF No. 23.

Defendant requests an extension of the motions filing date (September 13, 2024). ECF No. 22 at 1. Defendant contends that an extension is warranted to give the parties additional time to engage in settlement discussions. *Id*. The Government has no objection to Defendant's request. *Id*. In his Statement of Facts, Defendant acknowledges that computations under the Speedy Trial Act may be affected by this extension request. ECF No. 23 at 2.

Although Defendant did not request exclusion under the Speedy Trial Act, the Court finds pursuant to 18 U.S.C. § 3161(h), that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial, and

such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Extend Deadline for Filing Motions, ECF No. 17, is **GRANTED**.

2. The period of time from **September 13, 2024 through November 12, 2024**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **November 12, 2024.** D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

4. **Counsel shall electronically file a letter on or before November 12, 2024, if no motions will be filed and there is no need for a hearing.**

5. All responses to motions shall be filed by **November 26, 2024**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **November 26, 2024**. D. Minn. LR 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **December 3, 2024**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

a. The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

b. Oral argument is requested by either party in its motion, objection or response pleadings.

9. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **December 10, 2024 at 10:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

10. **TRIAL:**

a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

Counsel should submit two hard copies of trial briefs, voir dire, proposed jury instructions, exhibit and witness lists, and trial-related motions (including motions in limine) to District Judge Eric C. Tostrud's chambers on or before **December 2, 2024**.  In addition, counsel should email the proposed jury instructions and exhibit and witness lists to: tostrud_chambers@mnd.uscourts.gov.

Judge Tostrud will hold a final pretrial on **December 13, 2024 at 9:00 a.m.** in **Courtroom 7D**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

This case must commence trial on **December 16, 2024 at 1:00 p.m.** before District Judge Tostrud in **Courtroom 7D**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

      b.    **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Tostrud to confirm the new trial date.**

Dated: September 16, 2024                    */s/ Tony N. Leung*
                                                           Tony N. Leung
                                                           United States Magistrate Judge
                                                           District of Minnesota

                                                           *United States v. Early*
                                                           Case No. 24-cr-151 (ECT/TNL)