UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-151 (ECT/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **GOVERNMENT'S TRIAL BRIEF** |
| | ) | |
| PAUL ANTONIO EARLY, | ) | |
| a/k/a "STAMPS" | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Assistant United States Attorneys Kristian Weir and Raphael Coburn, respectfully submits its trial brief in the above-captioned case.

## I.   TRIAL COUNSEL.

The United States will be represented by the following counsel:

Assistant U.S. Attorney Raphael Coburn
300 South Fourth Street, Suite 600
Minneapolis, MN 55415
Desk: 612-664-5619
Cell:   612-875-5379
raphael.coburn@usdoj.gov

Assistant U.S. Attorney Kristian Weir
300 South Fourth Street, Suite 600
Minneapolis, MN 55415
Desk: 612-253-0970

Cell:   651-802-5830
kristian.weir@usdoj.gov

## II.     INDICTMENT.

Defendant Paul Antonio Early is charged via indictment with one count of possession with intent to distribute detectable amounts of cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## III.    FACTUAL OVERVIEW

On January 31, 2024, a concerned individual called 911 to report people were selling "white stuff" in the parking lot of the Chicago Crossings strip mall at Franklin and Chicago Avenues in Minneapolis, Minnesota. The caller identified a vehicle associated with the narcotics sales: a red GMC Terrain bearing license plate LKG690. Surveillance from the Golden Fingers restaurant in the strip mall showed a male in a camouflage-pattern parka with fur trim on the hood drove that GMC Terrain to the parking lot at approximately 10:25 a.m. The Terrain remained parked in the same spot for the entire two-hour timeframe captured by the surveillance video.



Fig. 1: Male in camouflage parka arrives at Chicago Crossings in GMC Terrain on Jan. 31.



Fig. 2: Same male (bottom left) in camouflage parka standing near Terrain moments later.

The next day, February 1, 2024, Minneapolis Police positioned near

Chicago Crossings observed the same male, recognized by multiple officers as

the defendant, in the same camouflage parka with fur trim. Lt. Lepinski in particular was "easily" able to identify the defendant, as Lepinski had investigated him for a previous federal narcotics charge to which he pleaded guilty in 2016. Surveillance from the Golden Fingers restaurant showed that the defendant once again drove the GMC Terrain bearing license plate LKG690 to the strip mall, this time at approximately 11:36 a.m. After parking in a different part of the parking lot, the defendant then crossed the lot and stood outside in the exact same location where surveillance captured him the day prior.



Fig. 3: Defendant (bottom left) arriving at Chicago Crossings in same GMC Terrain on Feb. 1.



Fig. 4: Defendant (bottom left) in same camouflage parka on Feb. 1, standing in same area as the previous day.

As officers surveilled the defendant, they saw him conduct what appeared, based on their training and experience, to be multiple hand-to-hand drug sales. Officers detained the defendant and found the keys to the GMC Terrain along with cash in defendant's pockets. Lt. Adam Lepinski impounded the GMC Terrain and obtained a search warrant for its contents. Inside the lining of the driver-side visor area, Lepinski found a plastic bag containing 38 smaller bindles of suspected cocaine.



Figs. 5 and 6: Lepinski's discovery of the bag, and the individual bindles inside it.

These bindles were sent to the Bureau of Criminal Apprehension for drug testing. Swabs from the knots on the bindles were also sent for DNA comparison to the defendant's known sample. Drug testing confirmed that the tested bindle contained cocaine base; DNA testing identified a major male profile from the bindle swabs that matched the defendant's known sample.

The defendant's prior federal conviction was for selling cocaine base packaged in small bindles, which were kept together in a plastic bag.

The GMC Terrain belongs to Nicole Wachmann, a woman who lives in Stearns County, Minnesota. In a statement to Lt. Lepinski, she acknowledged that she is in a relationship with the defendant and that he had sole possession of the GMC from January 31 to February 1 in the Twin Cities, while she remained at her home in Stearns County.

IV.    **SUMMARY OF THE EVIDENCE AT TRIAL.**

The United States anticipates introducing the following evidence:

A. *Testimony*

The United States will offer the testimony of the law enforcement officers from the Minneapolis Police Department who observed and arrested the defendant on February 1, including Lt. Adam Lepinski, who will also speak to the defendant's prior conviction for selling cocaine base. The United States will also offer the testimony of Nicole Wachmann to establish the defendant's connection to the vehicle and his sole possession of it at the time of the offense.

B. *Exhibits*

The United States will offer into evidence the drugs seized from the vehicle, along with photos documenting the search. The United States will also offer publicly available maps of the area surrounding Chicago Crossings strip mall. The government also intends to offer surveillance footage from January 31 and February 1 showing the GMC Terrain and the defendant's possession of it. Lastly, the government will offer demonstrative exhibits summarizing the conclusions of the BCA experts in this case.

C. *Expert Testimony*

The United States will offer the testimony of two expert witnesses.  First, the government will call BCA chemist Christpher Aurand.  Mr. Aurand will

testify that he tested one of the bindles recovered from the GMC Terrain and it was found to contain 0.285 grams of cocaine base.

BCA Forensic Scientist Destiny Axelson will also testify regarding the DNA analysis she performed in this case.  She will testify that the genetic mixture found on the swabs was interpreted as originating from three individuals, including an identified major male profile. The major male profile was compared to the defendant's known sample and found to be a match. She will testify that the probability of observing this mixture is greater than 100 billion times more likely to be a mixture including the defendant and two unknown individuals, than if the source were three unknown individuals.

Dated: March 25, 2026

                                        Respectfully Submitted,


                                        DANIEL N. ROSEN
                                        United States Attorney

                                        s/ Kristian Weir
                                        BY: KRISTIAN WEIR
                                        Assistant U.S. Attorney

                                        BY: RAPHAEL COBURN
                                        Assistant U.S. Attorneys